EJG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## MEMORANDUM AND ORDER

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                      **RE:**   Remy HENG
                               Docket Number: 2:08CR00376-10
                               **CONTINUANCE OF JUDGMENT**
                               **AND SENTENCING ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 21, 2011, to December 2, 2011, at 10 a.m.. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to workload demand, the probation officer did not interview Mr. Heng until September 8, 2011. Additionally, I will be on annual leave until October 11, 2011, and will not be able to meet the current disclosure schedule.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                               Respectfully submitted,

                               Casey Horner, Sr.
                               **CASEY HORNER, SR.**
                               Senior United States Probation Officer

**FILED**

SEP 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
    DEPUTY CLERK

**REVIEWED BY:**   Jeffrey C Oestreich
                             **JEFFREY C. OESTREICHER**
                             **Supervising United States Probation Officer**

Dated:     September 12, 2011
             Sacramento, California
             CKH: mc

1

RE: Remy HENG
Docket Number: 2:08CR00376-10
**CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc: Clerk, United States District Court
Russell L. Carlberg, United States Attorney's Office
Robert J. Saria, Defense Counsel

✓ Approved

_____  9/13/11
EDWARD J. GARCIA
Senior United States District Judge    Date

___ Disapproved

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:08CR00376-10 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Remy HENG | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 12/02/2011 at 10 a.m. |
| Reply, or Statement of Non-Opposition: | 11/25/2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/18/2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/10/2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 11/04/2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/21/2011 |