UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM AND ORDER**


FILED
NOV 14 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

          RE:  Remy HENG
                Docket Number: 2:08CR00376-10 EJG
                <u>CONTINUANCE OF JUDGMENT</u>
                <u>AND SENTENCING ORDER</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from December 2, 2011, to February 10, 2012, at 10 a.m.. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to the volume of cases currently assigned to the probation officer, I will not be able to meet the current disclosure schedule.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                          Respectfully submitted,

                          CASEY HORNER, SR.
                          **Senior United States Probation Officer**

**REVIEWED BY:** _____
                        JEFFREY C. OESTREICHER
                        **Supervising United States Probation Officer**

Dated:    November 9, 2011
             Sacramento, California
             CKH: mc

RE: **Remy HENG**
   Docket Number: 2:08CR00376-10
   **CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc: Clerk, United States District Court
    Russell L. Carlberg, United States Attorney's Office
    Robert J. Saria, Defense Counsel

✓ **Approved**

_____    11/9/11
**EDWARD J. GARCIA**
**Senior United States District Judge**    **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket Number: 2:08CR00376-10 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Remy HENG | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | 02/10/2012 at 10 a.m. |
| Reply, or Statement of Non-Opposition: | 02/03/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 01/27/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 01/20/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 01/13/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 12/30/2011 |

3

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG